# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of September, two thousand and fifteen.

Before:     Ralph K. Winter,
                   *Circuit Judge.*

_____

Laura Piao,

Plaintiff - Counter Defendant - Appellant,

**ORDER**
Docket No. 15-426

v.

Jennings Smith Investigations, Inc., William Smith,

Defendants - Counter Claimants - Appellees.

_____

Appellant moves for extension of time until October 22, 2015 to file the principal brief and appendix.

IT IS HEREBY ORDERED that the motion is GRANTED. Counsel is ordered to report to this court in thirty (30) days from the date of this order whether transcripts have been received.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

